UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NIKITA SMITH**  **PLAINTIFF**
**#756376**

v.                            Case No. 3:25-cv-00136-KGB

**GATES, Nurse, LPN**
**Wellpath, McPherson Unit, ADC**  **DEFENDANT**

## ORDER

Before the Court is plaintiff Nikita Smith's notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 6). Smith states that defendant Gates has not served an answer or motion for summary judgment (*Id.*). Smith's notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice of dismissal (*Id.*). The action is dismissed without prejudice. The Court denies as moot the proposed findings and recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 4).

It is so ordered this 20th day of October, 2025.

Kristine G. Baker
Chief United States District Judge