UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NIKITA SMITH**  **PLAINTIFF**
**#756376**

v.  Case No. 3:25-cv-00136-KGB

**GATES, Nurse, LPN**
**Wellpath, McPherson Unit, ADC**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Nikita Smith's complaint is dismissed without prejudice (Dkt. No. 2).

It is so adjudged this 20th day of October, 2025.

_____
Kristine G. Baker
Chief United States District Judge